THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARKEL AMERICAN INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>ENCOMPASS INDEMNITY COMPANY,<br><br>Defendant. | No.: 2:19-cv-00222-RSM<br><br>STIPULATION AND ORDER OF DISMISSAL<br><br>[*Clerk's Action Required*] |

## STIPULATION

Plaintiff Markel American Insurance Company ("Markel") and Defendant, Encompass Indemnity Company ("Encompass") have resolved this matter, and thus stipulate to dismissal of the lawsuit with prejudice without costs or fees to either party.

DATED: May 5, 2020

BULLIVANT HOUSER BAILEY PC                 DOUGLAS FOLEY ASSOCIATES, PLLC

*/s/ Michael McCormack*                              */s/Douglas F. Foley (email authorization)*
Michael McCormack, WSBA #15006        Douglas F. Foley, WSBA #13119
*Attorneys for Plaintiff Markel American*     *Attorneys for Defendant*

STIPULATION AND ORDER OF DISMISSAL OF DEFENDANT ENCOMPASS INDEMNITY COMPANY
No. 2:19-cv-00222-RSM

Page 1

Bullivant|Houser|Bailey PC
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930

**ORDER OF DISMISSAL**

Pursuant to the Stipulation of counsel, IT IS ORDERED that this matter is dismissed with prejudice without costs or fees awarded to either party.

DATED this 6th day of May, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Prepared and presented by:

BULLIVANT HOUSER BAILEY PC

By */s/ Michael McCormack*
   Michael McCormack, WSBA #15006
   *Attorneys for Plaintiff Markel American*

APPROVED AS TO FORM:
NOTICE OF PRESENTATION WAIVED

DOUGLAS FOLEY ASSOCIATES, PLLC

By */s/ Douglas F. Foley (email authorization)*
   Douglas F. Foley, WSBA #13119
   *Attorneys for Defendant*

STIPULATION AND ORDER OF DISMISSAL OF
DEFENDANT ENCOMPASS INDEMNITY COMPANY
No. 2:19-cv-00222-RSM

Page 2

Bullivant|Houser|Bailey PC
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930

# CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury under the laws of the State of Washington that on May 6, 2020, I electronically filed the foregoing with the Clerk of the U.S. District Court for the Western District of Washington using CM/ECF system, which will send notification of such filing to the following:

Douglas F. Foley
Douglas Foley & Associates, PLLC
13115 NE 4th Street, Suite 260
Vancouver, WA  98684
doug.foley@dougfoleylaw.com
karen.hall@dougfoleylaw.com
karen.salber@dougfoleylaw.com
Vernon.finley@dougfoleylaw.com
*Attorneys for Defendant*

DATED at Seattle, Washington this 6th day of May, 2020.

By /s/ *Freida Mason*
Freida Mason, Legal Assistant
BULLIVANT HOUSER BAILEY PC
E-Mail: freida.mason@bullivant.com
925 Fourth Avenue, Suite 3800
Seattle, WA  98104
Phone:  (206) 292-8930
Fax:      (206) 386-5130

STIPULATION AND ORDER OF DISMISSAL OF DEFENDANT ENCOMPASS INDEMNITY COMPANY
No. 2:19-cv-00222-RSM

Page 3

Bullivant|Houser|Bailey PC
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930